UNITED STATES DISTRICT COURT
DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC and JOHN KIRKLAND, <br><br> Plaintiffs, <br><br> v. <br><br> GBT TECHNOLOGIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-00012-CVG-RM |

ORDER SETTING HEARING ON APPLICATION
TO CONFIRM ARBITRATION AWARD

THIS MATTER is before the Court on Plaintiff's Motion to Set Hearing on Application to Confirm Arbitration Award.  The premises being fully considered, it is hereby

ORDERED that Plaintiff's Motion is GRANTED, and the Application is set for hearing at __:____ AM/PM on the _____ day of March, 2020 in Courtroom _____ of the above-entitled court.

SO ORDERED this _____ day of March, 2020.

_____
HON. RUTH MILLER
UNITED STATES MAGISTRATE JUDGE